# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **ERIC DALE MICKELSON, Petitioner** | **CIVIL DOCKET NO. 5:20-CV-1297-P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **DARREL VANNOY, Respondent** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 11), and after a *de novo* review of the record, including the Objection filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is hereby DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Shreveport, Louisiana, on this 19th day of April _____ 2020.

_____
**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT JUDGE**